# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURNEY MEDICAL CORPORATION and ROSE U, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | 1:22-CV-00288-CFC |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Teva Pharmaceuticals, Inc. ("Teva Inc.") and Teva Pharmaceuticals USA, Inc. ("Teva USA") state as follows:

Teva USA is an indirect, wholly owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of the stock of Teva USA.

Teva Inc. is an indirect, wholly owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of the stock of Teva Inc.

Dated: April 25, 2022                    BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden, III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Counsel for Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc.*