IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURNEY MEDICAL CORPORATION and ROSE U, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants. | Civil Action No. 22-00288-CFC<br>**ANDA CASE** |

## PLAINTIFFS' AMENDED RULE 7.1(A) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs Journey Medical Corporation and Rose U, LLC state that:

- Journey Medical Corporation is a majority-owned subsidiary of Fortress Biotech, Inc. ("Fortress").

- No publicly held corporation owns 10% or more of the stock of Fortress.

- Rose U, LLC has no parent corporation and no publicly held corporation owns 10% or more of it.

- The members of Rose U, LLC are Drs. Arthur Bobrove and Jeffrey Urman.

- The only owners of Rose U, LLC are Drs. Arthur Bobrove and Jeffrey Urman.

ME1 40569110v.1

<table>
</table>

| Dated: May 16, 2022 | MCCARTER & ENGLISH, LLP |
|---|---|
|  | */s/ Alexandra M. Joyce* |
|  | Daniel M. Silver (#4758) |
| OF COUNSEL: | Alexandra M. Joyce (#6423) |
|  | Renaissance Centre |
| Sanya Sukduang | 405 N. King Street, 8th Floor |
| Jonathan R. Davies | Wilmington, Delaware 19801 |
| Bonnie Fletcher Price | (302) 984-6300 |
| Douglas W. Cheek | dsilver@mccarter.com |
| COOLEY LLP | ajoyce@mccarter.com |
| 1299 Pennsylvania Ave., NW, Ste. 700 |  |
| Washington, DC 20004 | *Attorneys for Plaintiffs Journey Medical* |
| Tel: (202) 842-7800 | *Corporation and Rose U, LLC* |
| ssukduang@cooley.com |  |
| jdavies@cooley.com |  |
| bfletcherprice@cooley.com |  |
| dcheek@cooley.com |  |

Daniel J. Knauss
Priyamvada Arora
Deepa Kannapan
Alissa M. Wood
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000
dknauss@cooley.com
parora@cooley.com
dkannappan@cooley.com
amwood@cooley.com

ME1 40569110v.1