IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURNEY MEDICAL CORPORATION and ROSE U, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS, INC. and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 22-288-CFC ) ) ) ) ) ) ) |

**ORDER SETTING RULE 16(b) CONFERENCE FOR HATCH-WAXMAN PATENT CASE**

1. A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Tuesday, June 28, 2022 at 1:30 p.m.** Counsel for Plaintiff shall coordinate the call and email the dial-in information to chambers at cfc_civil@ded.uscourts.gov.

2. The parties shall confer about scheduling and discovery limitations and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Scheduling Order for Hatch-Waxman Patent Infringement Cases" **(revised on April 26, 2022),** available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using one of the forms listed above. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

6/6/22
Date

_____
Chief Judge